# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

**DELMAS L. DENNIS**  **PETITIONER**
Reg #15914-075

v.   CASE NO. 2:17-CV-00061 BSM

**GENE BEASLEY, Warden,**
**Federal Prison Camp**  **RESPONDENT**

## ORDER

The proposed findings and recommended disposition [Doc. No. 3] submitted by United States Magistrate Judge Joe J. Volpe have been received along with the objection [Doc. No. 4] submitted by petitioner Delmas Dennis. After *de novo* review of the record, the proposed findings and recommended disposition are adopted in their entirety, Dennis's petition is dismissed with prejudice, and the relief sought denied. A certificate of appealability is not issued because Dennis has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. 2253(c)(2).

IT IS SO ORDERED this 24th day of July 2017.

_____
UNITED STATES DISTRICT JUDGE